**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**SHELLEY ROGERS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 2:26-cv-00114-TBM-MTP**

**SKEETER PRODUCTS, INC. *D/B/A* G3 BOATS; YAMAHA MOTOR CORPORATION, U.S.A.; JOEL SCOTT KUYPER** **DEFENDANTS**

---

**ORDER**

Plaintiff Shelly Rogers filed this diversity action against Joel Scott Kuyper, Skeeter Products *d/b/a* G3 Boats, and the Yamaha Motor Corporation, U.S.A., in connection to an auto accident. [1]. Defendant Kuyper moved to dismiss the claims against him "for insufficient service of process pursuant to F.R.C.P 12(b)(5) and lack of personal jurisdiction pursuant to F.R.C.P. 12(b)(2)," alleging that Plaintiff had failed to comply with the service requirements of MISS. CODE ANN. § 13-3-63. [10], pps. 1-2. Rogers opposed the motion, stating that service had begun and was in the process of being completed. [14]; [20]. A week later Kuyper moved to withdraw his Motion to Dismiss while it was still pending, conceding that "Kuyper has been personally served with the Complaint." [21]; [22]. Plaintiff did not oppose Kuyper's Motion to Withdraw. It shall be granted.

**III. CONCLUSION**

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Joel Scott Kuyper's Motion to Withdraw his Motion to Dismiss is **GRANTED**.

IT IS THEREFORE FURTHER ORDERED AND ADJUDGED that Defendant Joel Scott Kuyper's Motion to Dismiss is **WITHDRAWN**.

This, the 27th day of October, 2026.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**